JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARKIS ARSENOVICH PAPAZYAN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MERCEDES-BENZ USA, LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:25-cv-05000-PA-JC<br><br>ORDER ON STIPULATION TO REMAND CASE TO STATE COURT<br><br>Judge: Hon. Percy Anderson |

Per the stipulation of the Parties, the case is ordered remanded to the Superior Court of the State of California for the County of Los Angeles.

IT IS SO ORDERED.

June 18, 2025

_____
Percy Anderson
United States District Judge

1

**ORDER ON STIPULATION TO REMAND CASE TO STATE COURT**

2

**ORDER ON STIPULATION TO REMAND CASE TO STATE COURT**